UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: BOWER, DAVID § Case No. 11-82237
BOWER, SHERRI §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
STEPHEN G. BALSLEY                 , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   211 South Court Street
   Room 110
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 01:00PM on 12/07/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____     By: ___/s/ STEPHEN G. BALSLEY_____
                                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BOWER, DAVID § | Case No. 11-82237 |
| BOWER, SHERRI § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,518.78 |
| *and approved disbursements of* | $ 50.00 |
| *leaving a balance on hand of* [1] | $ 6,468.78 |
| **Balance on hand:** | $ 6,468.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,468.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 1,401.88 | 0.00 | 1,401.88 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,539.00 | 0.00 | 1,539.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,940.88 |
| Remaining balance: | $ 3,527.90 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     3,527.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     3,527.90

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,558.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | 191.20 | 0.00 | 38.42 |
| 2 | Medical Assoc. of Clinton | 313.17 | 0.00 | 62.92 |
| 3 | Metro Lab | 0.00 | 0.00 | 0.00 |
| 4 | Advanced Radiology | 0.00 | 0.00 | 0.00 |
| 5 | Metro Lab | 120.75 | 0.00 | 24.26 |
| 6 | Advanced Radiology | 33.24 | 0.00 | 6.68 |
| 7 | Interstate Power & Light Company | 2,734.60 | 0.00 | 549.46 |
| 8 | Allied Business Accounts | 931.00 | 0.00 | 187.06 |
| 9 | Allied Business Accounts | 42.08 | 0.00 | 8.46 |
| 10 | Allied Business Accounts | 215.00 | 0.00 | 43.20 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | Allied Business Accounts | 419.86 | 0.00 | 84.36 |
| 12 | Allied Business Accounts | 329.00 | 0.00 | 66.11 |
| 13 | Asset Acceptance LLC / Assignee /Providian Bank | 866.85 | 0.00 | 174.17 |
| 14 | Rrca Account Mgmt | 648.74 | 0.00 | 130.35 |
| 15 | Rjm Acquisitions Llc | 57.93 | 0.00 | 11.64 |
| 16 | Mercy Medical Center | 420.00 | 0.00 | 84.39 |
| 17 | Cornerstone Credit Union | 9,899.76 | 0.00 | 1,989.14 |
| 18 | Farm & Fleet of Clinton | 334.87 | 0.00 | 67.28 |

Total to be paid for timely general unsecured claims:   $   3,527.90
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-82237-MB
David Bower                                                            Chapter 7
Sherri Bower
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez               Page 1 of 3                  Date Rcvd: Nov 16, 2011
                              Form ID: pdf006             Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2011.

```
db          +David Bower,    4861 Big Cut Road,   Mt. Carroll, IL 61053-9152
jdb         +Sherri Bower,   4997 Oil Valley School Road,   Mt. Carroll, IL 61053-9110
17286122    +Aba,    P.O. Box 1600,   Clinton, IA 52733-1600
17286123    +Advanced Radiolody, S.C.,    615 Valley View Drive- Ste. 202,    Moline, IL  61265-6180
17578460    +Advanced Radiology,   c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
              Davenport, IA 52807-7207
17286126     Alliant Energy,    P.O. Box 3066,   Cedar Rapids, IA 52406-3066
17286125     Alliant Energy,    4902 North Biltmore Lane, Suite 1000,    Madison, WI  53718-2148
17286127    +Allied Business Accounts,    P.O. Box 1600,   Clinton, IA 52733-1600
17286129    +Assetcare, Inc.,    5100 Peachtree Industrial Blvd.,    Norcross, GA 30071-5721
17286130     Baker & Miller, P.C.,    29 N. Wacker Drive, 5th Flr.,    Chicago, IL  60606-2854
17286119    +Bower David,    4861 Big Cut Road,   Mt. Carroll, IL 61053-9152
17286120    +Bower Sherri,    4997 Oil Valley School Road,   Mt. Carroll, IL 61053-9110
17286131    +Businessmen's Collection Bureau,    P.O. Box 657,   Freeport, IL 61032-0657
17286133     CGH Medical Center,    100 E. Lefevre Road,   Sterling, IL 61081-1279
17286134    +Citifinancial,    300 Saint Paul Pl,   Baltimore, MD 21202-2120
17286135    +Citifinancial,    3207 E. Lincolnway,   Sterling, IL 61081-1772
17286137    +Cornerstone Credit Union,    550 W. Meadows Drive,   Freeport, IL 61032-5072
17286136    +Cornerstone Credit Union,    455 W Stephenson St,   Freeport, IL 61032-5001
17286138    +Credit Bureau Center,    P.O. Box 273,   Monroe, WI 53566-0273
17286140     David S. Miller,    Baker & Miller, P.C.,   29 N. Wacker Drive, 5th Floor,
              Chicago, IL  60606-2854
17286141    +Edward J. Mitchell,    Attorney For Plaintiff,    110 N. Broad Street,   Lanark, IL 61046-1004
17286142    +Elizabeth Klahn,    Ward, Murray, Pace & Johnson,    202 East Fifth Street, P.O. Box 400,
              Sterling, IL 61081-0400
17925913    +Farm & Fleet of Clinton,    H.E. Stark Agency, Inc.,    POB 45710,   Madison, WI 53744-5710
17286143     Feature Films For Families,    P.O. Box 572410,   Murray, UT 84157-2410
17286144    +First Premier Bank,   601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
17286146    +Freeport Health Network,    P.O. Box 268,   Freeport, IL 61032-0268
17286145    +Freeport Health Network,    1045 W. Stephenson Street,    Freeport, IL 61032-4899
17286147    +Freeport Physician Services,    P.O. Box 268,   Freeport, IL 61032-0268
17286149    +H E Stark Agency,   6425 Odana Rd,   Madison, WI 53719-1189
17286150    +Harunani Dental Clinics,    P.O. Box 356,   Chadwick, IL 61014-0356
17669661    +Interstate Power & Light Company,    300 Sheridan Avenue,    Centerville, IA 52544-2625
17286151    +Interstate Power & Light Company,    2001 Beaver Channel Parkway,    Clinton, IA 52732-7028
17286152     Interstate Power & Light Company,    D/B/A Alliant Energy,    2001 Beaver Creek Parkway,
              Clinton, IA  52732
17286153    +Jane Adams, Inc.,    1133 West Stephenson Street,    Freeport, IL 61032-4866
17286154    +Law Office Of Patrick J. Adams,    318 N. 1st Street,    Rockford, IL 61107-3902
17286155    +Law Office Of William R. Shirk, P.C.,    301 East Main Street,    Morrison, IL 61270-2852
17286156    +Leamon's Ambulance Service,    210 West Main Street,    Lena, IL 61048-9770
17286162   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: Nco-Medclr,     P.O. Box 8547,   Philadelphia, PA  19101)
17578457    +Medical Assoc. of Clinton,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
              Davenport, IA 52807-7207
17286158    +Mercy Medical Center,   1410 N 4th Street,    Clinton, IA 52732-2999
17578459    +Metro  Lab,   c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,   Davenport, IA 52807-7207
17286160    +Morrison Community Hospital,    303 North Jackson Street,    Morrison, IL 61270-3099
17286161    +Nco Financial,    P.O. Box 7100,   Dublin, OH 43017-0704
17286165   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,     P.O. Box 12914,
              Norfolk, VA  23541)
17286163    +Patrick J. Adams,    Law Office Of Patrick J. Adams,    318 N. 1st Street,
              Rockford, IL 61107-3902
17286164    +Pay Day Auto Credit,    301 W. Lincolnway,   Morrison, IL 61270-2407
17286166    +Quad Corporation,    3536 Jersey Ridge,   Davenport, IA 52807-2223
17286168    +Quad Corporation,    2322 E Kimberly Rd, Ste. 215W,    Davenport, IA 52807-7207
17286167     Quad Corporation,    P.O. Box 2020,   Davenport, IA  52809-2020
17286170    +Rockford Mer,    2502 S Alpine Road,   Rockford, IL 61108-7813
17286171    +Rockford Mercantile Agency, Inc.,    2502 S. Alpine Road,    Rockford, IL 61108-7813
17286172    +Rrca Account Mgmt,    312 Locust St,   Sterling, IL 61081-3539
17286173    +Rrca Account Mgmt,    201 E. 3rd Street,   Sterling, IL 61081-3611
17286174    +Savanna Health Center,    P.O. Box 268,   Freeport, IL 61032-0268
17286175    +State Collection Service Inc.,    2509 S Stoughton Road,    Madison, WI 53716-3314
17286176    +State Collection Services,    2509 S Stoughton Road,    Madison, WI 53716-3314
17286177    +Stockton Fire And Ambulance District,    P.O. Box 86,    Stockton, IL 61085-0086
17286178    +Tracker, Inc.,    1970 Spruce Hill Drive,   P.O. Box 1227,    Bettendorf, IA 52722-0021
17286179    +Trackers, Inc.,    P.O. Box 1227,   Bettendorf, IA 52722-0021
17286180    +Tri State Adjustment F,    440 Challenge Street,    Freeport, IL 61032-2540
17286181    +William R. Shirk,    P.O. Box 389,   301 East Main Street,    Morrison, IL 61270-2852
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3            Date Rcvd: Nov 16, 2011
                              Form ID: pdf006            Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17286124       +E-mail/PDF: recoverybankruptcy@afninet.com Nov 17 2011 04:42:11      Afni, Inc.,
                 404 Brock Dr., Box 3097,    Bloomington, IL 61701-2654
17286128        E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 17 2011 02:14:32      Asset Acceptance LLC,
                 P.O. Box 2036,   Warren, MI 48090-2036
17707316       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 17 2011 02:14:32
                 Asset Acceptance LLC / Assignee /Providian Bank,    Po Box 2036,   Warren MI 48090-2036
17286139       +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM Nov 17 2011 02:15:12
                 Creditors Protection Services,    202 W State Street, Suite 300,   Rockford, IL 61101-1163
17286148       +E-mail/Text: bankruptcy@hraccounts.com Nov 17 2011 02:14:11      H And R Accounts, Inc.,
                 7017 John Deere Pkwy,    Moline, IL 61265-8072
17286157       +E-mail/Text: teverson@maclinton.com Nov 17 2011 02:14:31      Medical Associates, PLC,
                 915 13th Avenue North,    Clinton, IA 52732-5099
17820589       +E-mail/Text: bankruptcy@hraccounts.com Nov 17 2011 02:14:11      Mercy Medical Center,
                 C/O H and R Accounts Inc,    PO Box 672,   Moline, IL 61266-0672
17286169       +E-mail/Text: rjm@ebn.phinsolutions.com Nov 17 2011 02:14:30      Rjm Acq Llc,
                 575 Underhill Bld Ste 2,    Syosset, NY 11791-3426
17566378       +E-mail/Text: rjm@ebn.phinsolutions.com Nov 17 2011 02:14:30      Rjm Acquisitions Llc,
                 575 Underhill Blvd,   Suite 224,    Syosset, NY 11791-4437
17286121        E-mail/Text: ELOHSE@FRONTIERNET.NET Nov 17 2011 02:15:25      Thomas H Senneff,
                 408 11th Ave PO Box 347,   Fulton, IL  61252-0347
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17583192*      +Metro Lab,   c/o Quad Corporation,    2322 E Kimberly Rd  Ste 215W,   Davenport, IA 52807-7207
17286132      ##+CBE Group,   131 Towe Park Drive- Suite 100,    Waterloo, IA 50701-9374
17286159       ##Miracle Financial Inc.,    P.O. Box 1970,   Southgate, MI  48195-0970
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2011**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-3          User: cshabez              Page 3 of 3                  Date Rcvd: Nov 16, 2011
                              Form ID: pdf006            Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2011 at the address(es) listed below:
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    on behalf of Trustee Stephen Balsley sbalsley@bslbv.com
              Thomas H Senneff    on behalf of Debtor David Bower thomassenneff@frontiernet.net
                                                                                             TOTAL: 4