**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: BOWER, DAVID | § Case No. 11-82237 |
| BOWER, SHERRI | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $101,237.55　　　　　　Assets Exempt: $36,496.30
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,527.90　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　Without Payment: $110,423.22

Total Expenses of Administration: $2,990.88

---

    3) Total gross receipts of $ 6,518.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,518.78 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $56,290.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,990.88 | 2,990.88 | 2,990.88 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 114,002.17 | 17,712.04 | 17,558.05 | 3,527.90 |
| **TOTAL DISBURSEMENTS** | $170,292.17 | $20,702.92 | $20,548.93 | $6,518.78 |

   4)  This case was originally filed under Chapter 7 on May 17, 2011. The case was pending for 9 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/07/2012          By: /s/STEPHEN G. BALSLEY
               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Country Insurance & Financial Services Life Insu | 1129-000 | 6,518.78 |
| **TOTAL GROSS RECEIPTS** | | **$6,518.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Citifinancial | 4110-000 | 56,290.00 | N/A | N/A | 0.00 |
| NOTFILED | Cornerstone Credit Union | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$56,290.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 1,401.88 | 1,401.88 | 1,401.88 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,539.00 | 1,539.00 | 1,539.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,990.88 | 2,990.88 | 2,990.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Rjm Acquisitions Llc | 7100-000 | N/A | 191.20 | 191.20 | 38.42 |
| 2 | Medical Assoc. of Clinton | 7100-000 | 313.00 | 313.17 | 313.17 | 62.92 |
| 3 | Metro Lab | 7100-000 | N/A | 120.75 | 0.00 | 0.00 |
| 4 | Advanced Radiology | 7100-000 | N/A | 33.24 | 0.00 | 0.00 |
| 5 | Metro Lab | 7100-000 | 120.75 | 120.75 | 120.75 | 24.26 |
| 6 | Advanced Radiology | 7100-000 | 33.24 | 33.24 | 33.24 | 6.68 |
| 7 | Interstate Power & Light Company | 7100-000 | 2,734.60 | 2,734.60 | 2,734.60 | 549.46 |
| 8 | Allied Business Accounts | 7100-000 | 931.00 | 931.00 | 931.00 | 187.06 |
| 9 | Allied Business Accounts | 7100-000 | 42.08 | 42.08 | 42.08 | 8.46 |
| 10 | Allied Business Accounts | 7100-000 | N/A | 215.00 | 215.00 | 43.20 |
| 11 | Allied Business Accounts | 7100-000 | 527.74 | 419.86 | 419.86 | 84.36 |
| 12 | Allied Business Accounts | 7100-000 | 329.00 | 329.00 | 329.00 | 66.11 |
| 13 | Asset Acceptance LLC / Assignee /Providian Bank | 7100-000 | 744.61 | 866.85 | 866.85 | 174.17 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | Rrca Account Mgmt | 7100-000 | 514.08 | 648.74 | 648.74 | 130.35 |
| 15 | Rjm Acquisitions Llc | 7100-000 | 57.00 | 57.93 | 57.93 | 11.64 |
| 16 | Mercy Medical Center | 7100-000 | N/A | 420.00 | 420.00 | 84.39 |
| 17 | Cornerstone Credit Union | 7100-000 | 10,927.00 | 9,899.76 | 9,899.76 | 1,989.14 |
| 18 | Farm & Fleet of Clinton | 7100-000 | 335.00 | 334.87 | 334.87 | 67.28 |
| NOTFILED | Mercy Medical Center | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Miracle Financial Inc. | 7100-000 | 615.62 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 219.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco-Medclr | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Hospital | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Financial | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Associates, PLC | 7100-000 | 310.90 | N/A | N/A | 0.00 |
| NOTFILED | Morrison Community Hospital | 7100-000 | 157.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Office Of Patrick J. Adams | 7100-000 | 1,828.81 | N/A | N/A | 0.00 |
| NOTFILED | Leamon's Ambulance Service | 7100-000 | 125.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 37.50 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Physician Services | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 156.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 23.85 | N/A | N/A | 0.00 |
| NOTFILED | H And R Accounts, Inc. | 7100-000 | 709.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Interstate Power & Light Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Harunani Dental Clinics | 7100-000 | 422.60 | N/A | N/A | 0.00 |
| NOTFILED | David S. Miller Baker & Miller, P.C. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jane Adams, Inc. | 7100-000 | 27.50 | N/A | N/A | 0.00 |
| NOTFILED | Edward J. Mitchell Attorney For Plaintiff | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Interstate Power & Light Company D/B/A Alliant Energy | 7100-000 | 3,503.40 | N/A | N/A | 0.00 |
| NOTFILED | Pay Day Auto Credit | 7100-000 | 1,902.00 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Energy | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mer | 7100-000 | 2,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Patrick J. Adams Law Office Of Patrick J. Adams | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Trackers, Inc. | 7100-000 | 17,510.55 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustment F | 7100-000 | 2,847.00 | N/A | N/A | 0.00 |
| NOTFILED | Tracker, Inc. | 7100-000 | 17,510.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---:|
| NOTFILED | Tri State Adjustment F | 7100-000 | 2,136.00 | N/A | N/A | 0.00 |
| NOTFILED | Stockton Fire And Ambulance District | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustment F | 7100-000 | 432.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustment F | 7100-000 | 988.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 213.45 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 41.25 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustment F | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Services | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Adjustment F | 7100-000 | 271.00 | N/A | N/A | 0.00 |
| NOTFILED | State Collection Service Inc. | 7100-000 | 2,999.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency, Inc. | 7100-000 | 215.13 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 457.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 75.60 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 113.00 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corporation | 7100-000 | 313.17 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 40.07 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 113.32 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 63.25 | N/A | N/A | 0.00 |
| NOTFILED | Savanna Health Center | 7100-000 | 285.00 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 540.35 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates, LLC | 7100-000 | 273.79 | N/A | N/A | 0.00 |
| NOTFILED | Rrca Account Mgmt | 7100-000 | 63.25 | N/A | N/A | 0.00 |
| NOTFILED | Feature Films For Families | 7100-000 | 42.85 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 162.74 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 537.00 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 340.00 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 394.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 629.20 | N/A | N/A | 0.00 |
| NOTFILED | Alliant Energy | 7100-000 | 340.91 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | Aba | 7100-000 | 175.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 1,260.00 | N/A | N/A | 0.00 |
| NOTFILED | William R. Shirk | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 3,137.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | CGH Medical Center | 7100-000 | 3,488.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 5,172.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 821.00 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 5,005.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Center | 7100-000 | 2,047.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial | 7100-000 | 248.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 424.89 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Klahn Ward, Murray, Pace & Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 86.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Protection Services | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | CBE Group | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 55.75 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 571.69 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 9.98 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 556.94 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 31.90 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 129.95 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller, P.C. | 7100-000 | 3,503.40 | N/A | N/A | 0.00 |
| NOTFILED | Businessmen's Collection Bureau | 7100-000 | 2,046.75 | N/A | N/A | 0.00 |
| NOTFILED | Assetcare, Inc. | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | Freeport Health Network | 7100-000 | 1,393.26 | N/A | N/A | 0.00 |
| NOTFILED | Allied Business Accounts | 7100-000 | 567.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 114,002.17 | 17,712.04 | 17,558.05 | 3,527.90 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82237  
**Case Name:** BOWER, DAVID  
BOWER, SHERRI  
**Period Ending:** 03/07/12

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 05/17/11 (f)  
**§341(a) Meeting Date:** 06/27/11  
**Claims Bar Date:** 10/17/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor's home, Illinois- value based on real est | 70,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Clinton National Bank Checking Account | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clinton National Bank Savings Account | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savanna Thomson State Bank Certificate of Deposi | 3,519.71 | 0.00 | DA | 0.00 | FA |
| 5 | Savanna Thomson State Bank Checking Account brok | 4,031.58 | 0.00 | DA | 0.00 | FA |
| 6 | Savanna Thomson State Bank Savings Account | 231.64 | 0.00 | DA | 0.00 | FA |
| 7 | Household goods and furnishings owned by debtors | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | Ordinary wearing apparel owned by debtors | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Country Insurance & Financial Services Life Insu    Debtor's claimed exemption was disallowed pursuant to Court Order entered August 8, 2011. | 5,181.00 | 5,181.00 | DA | 6,518.78 | FA |
| 10 | Country Investors Life Insurance Company ROTH IR | 13,636.30 | 0.00 | DA | 0.00 | FA |
| 11 | Series E and EE Bonds- face value $475 | 1,917.32 | 0.00 | DA | 0.00 | FA |
| 12 | 1977 camper | 150.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1996 Chevrolet Cavalier | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | VOIDED | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Assets    Totals (Excluding unknown values) | $101,237.55 | $5,181.00 | | $6,518.78 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   October 31, 2011        **Current Projected Date Of Final Report (TFR):**   October 31, 2011  (Actual)

Printed: 03/07/2012 02:43 PM     V.12.57

# FORM 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-82237  
**Case Name:** BOWER, DAVID  
BOWER, SHERRI  
**Taxpayer ID #:** **-***7731  
**Period Ending:** 03/07/12

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******75-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/12/11 | {9} | Country Life Insurance Company | Cash Surrender Value of Life Insurance Policy | 1129-000 | 6,518.78 | | 6,518.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,493.78 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,468.78 |
| 12/07/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,539.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,539.00 | 4,929.78 |
| 12/07/11 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $1,401.88, Trustee Compensation; Reference: | 2100-000 | | 1,401.88 | 3,527.90 |
| 12/07/11 | 103 | Rjm Acquisitions Llc | Dividend paid 20.09% on $191.20; Claim# 1; Filed: $191.20; Reference: | 7100-000 | | 38.42 | 3,489.48 |
| 12/07/11 | 104 | Medical Assoc. of Clinton | Dividend paid 20.09% on $313.17; Claim# 2; Filed: $313.17; Reference: | 7100-000 | | 62.92 | 3,426.56 |
| 12/07/11 | 105 | Metro Lab | Dividend paid 20.09% on $120.75; Claim# 5; Filed: $120.75; Reference: | 7100-000 | | 24.26 | 3,402.30 |
| 12/07/11 | 106 | Advanced Radiology | Dividend paid 20.09% on $33.24; Claim# 6; Filed: $33.24; Reference: | 7100-000 | | 6.68 | 3,395.62 |
| 12/07/11 | 107 | Interstate Power & Light Company | Dividend paid 20.09% on $2,734.60; Claim# 7; Filed: $2,734.60; Reference: | 7100-000 | | 549.46 | 2,846.16 |
| 12/07/11 | 108 | Allied Business Accounts | Dividend paid 20.09% on $931.00; Claim# 8; Filed: $931.00; Reference: | 7100-000 | | 187.06 | 2,659.10 |
| 12/07/11 | 109 | Allied Business Accounts | Dividend paid 20.09% on $42.08; Claim# 9; Filed: $42.08; Reference: | 7100-000 | | 8.46 | 2,650.64 |
| 12/07/11 | 110 | Allied Business Accounts | Dividend paid 20.09% on $215.00; Claim# 10; Filed: $215.00; Reference: | 7100-000 | | 43.20 | 2,607.44 |
| 12/07/11 | 111 | Allied Business Accounts | Dividend paid 20.09% on $419.86; Claim# 11; Filed: $419.86; Reference: | 7100-000 | | 84.36 | 2,523.08 |
| 12/07/11 | 112 | Allied Business Accounts | Dividend paid 20.09% on $329.00; Claim# 12; Filed: $329.00; Reference: | 7100-000 | | 66.11 | 2,456.97 |
| 12/07/11 | 113 | Asset Acceptance LLC / Assignee /Providian Bank | Dividend paid 20.09% on $866.85; Claim# 13; Filed: $866.85; Reference: | 7100-000 | | 174.17 | 2,282.80 |
| 12/07/11 | 114 | Rrca Account Mgmt | Dividend paid 20.09% on $648.74; Claim# 14; Filed: $648.74; Reference: | 7100-000 | | 130.35 | 2,152.45 |
| 12/07/11 | 115 | Rjm Acquisitions Llc | Dividend paid 20.09% on $57.93; Claim# 15; Filed: $57.93; Reference: | 7100-000 | | 11.64 | 2,140.81 |
| 12/07/11 | 116 | Mercy Medical Center | Dividend paid 20.09% on $420.00; Claim# 16; Filed: $420.00; Reference: | 7100-000 | | 84.39 | 2,056.42 |
| 12/07/11 | 117 | Cornerstone Credit Union | Dividend paid 20.09% on $9,899.76; Claim# 17; Filed: $9,899.76; Reference: | 7100-000 | | 1,989.14 | 67.28 |
| 12/07/11 | 118 | Farm & Fleet of Clinton | Dividend paid 20.09% on $334.87; Claim# 18; Filed: $334.87; Reference: | 7100-000 | | 67.28 | 0.00 |

Subtotals : $6,518.78  $6,518.78

{} Asset reference(s)

Printed: 03/07/2012 02:43 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-82237
**Case Name:** BOWER, DAVID
BOWER, SHERRI
**Taxpayer ID #:** **-***7731
**Period Ending:** 03/07/12

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******75-66 - Checking Account
**Blanket Bond:** $373,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 6,518.78 | 6,518.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,518.78 | 6,518.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,518.78 | $6,518.78 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******75-66** | 6,518.78 | 6,518.78 | 0.00 |
| | $6,518.78 | $6,518.78 | $0.00 |